NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| COLBERT F. NICHOLS,<br><br>          Petitioner-Appellant,<br><br>     v.<br><br>ISIDRO BACA, Warden; ATTORNEY GENERAL FOR THE STATE OF NEVADA,<br><br>          Respondents-Appellees. | No.   17-15862<br><br>D.C. No.<br>3:13-cv-00671-MMD-WGC<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Nevada
Miranda M. Du, District Judge, Presiding

Submitted May 21, 2019[**]

Before:  THOMAS, Chief Judge, FRIEDLAND and BENNETT, Circuit Judges.

Nevada state prisoner Colbert F. Nichols appeals from the district court's judgment denying his 28 U.S.C. § 2254 habeas corpus petition.  We have jurisdiction under 28 U.S.C. § 2253, and we vacate and remand.

---

     [*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

     [**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Nichols contends, and the state concedes, that the district court erred by adjudicating his claims on the merits without first requiring the state to submit all relevant portions of the state court records, including trial transcripts. In light of *Nasby v. McDaniel*, 853 F.3d 1049, 1053-54 (9th Cir. 2017), which was decided after the district court's decision in this case, we agree that remand is required. On remand, the district court should reconsider its rulings on all claims, including its procedural rulings regarding exhaustion, after a full and complete review of the relevant state court record.

In light of the complexity of the issues involved and counsel's familiarity with this case, the Federal Public Defender's Office of the District of Nevada is requested to continue to represent Nichols until the conclusion of these section 2254 proceedings.

Appellant's motion to remand is denied as moot.

**VACATED and REMANDED with instructions.**